# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 367 EAL 2014
:
              Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
BRAETTA I. DELOACH, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.